DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
RACHELLE BARBOUR, BAR # 185395
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MAG 06-340-EFB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |
| ROBERT ALLEN BOHANNA, | ) | |
| Defendant. | ) | |

The parties agree that time beginning December 27, 2006 and extending through January 11, 2007 should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for preliminary examination until January 11, 2007. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation. The parties stipulate that this interest of justice outweighs the interest of

1

the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

    The parties further request that this matter be taken off calendar until January 11, 2007, or such time as either party may request a hearing for a purpose other than preliminary examination.

```
                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATE: December 27, 2006        By:  /s/William Wong
                                    WILLIAM WONG
                                    Assistant U.S. Attorney


DATE: December 27, 2006             /s/ Rachelle Barbour
                                    Rachelle Barbour
                                    Assistant Federal Defender
```

**SO ORDERED.**

DATED:   December 27, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE