```
DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
RACHELLE BARBOUR, BAR # 185395
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | MAG. 06-340-EFB |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | STIPULATION AND ORDER TO |
| ) | EXTEND TIME FOR PRELIMINARY |
| ROBERT ALLEN BOHANNA and  ) | EXAMINATION AND EXCLUDE TIME |
| NORMAN GRESHAM III,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

    Defendant ROBERT BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant NORMAN GRESHAM III, by and through his counsel CHRISTOPHER HAYDN-MYER, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the preliminary hearing for Robert Bohanna set for January 11, 2007 and the preliminary hearing for Norman Gresham III set for January 12, 2007, both be rescheduled for January 26, 2007 at 2:00 p.m.

    This continuance is being requested because both defense counsel require additional time to review discovery, discuss the

1 case with the government, and pursue investigation.

2    Further, the Defendants consent to an extension of the time
3 for preliminary examination until January 26, 2007.  Fed. R.
4 Crim. P. 5.1(d).  The parties submit that the ends of justice are
5 served by the Court excluding such time, so that they may have
6 reasonable time necessary for effective preparation, taking into
7 account the exercise of due diligence.  18 U.S.C.
8 § 3161(h)(8)(B)(iv).  In particular, the time is required so that
9 the parties can discuss a proposed disposition and conduct
10 investigation.  The parties stipulate that this interest of
11 justice outweighs the interest of the public and the defendant in
12 a speedy filing of an indictment or information, 18 U.S.C. §§
13 3161(b), (h)(8)(A), and further that this good cause outweighs
14 the public's interest in the prompt disposition of criminal
15 cases.  Fed. R. Crim. P. 5.1(d).
16 //
17 //

1     The parties further request that this matter be taken off
2 calendar until January 26, 2007 or such time as either party may
3 request a hearing for a purpose other than preliminary
4 examination.

5

6 DATE: January 10, 2007          Respectfully Submitted,

7                                           McGREGOR W. SCOTT
                                          United States Attorney

8

9                                           /s/William S. Wong
                                          WILLIAM S. WONG
10                                          Assistant U.S. Attorney

11

12 DATED: January 10, 2007          /s/ Rachelle Barbour
                                          Rachelle Barbour
13                                          Assistant Federal Defender

14

15 DATED: January 10, 2007          /s/ Dennis S. Waks
                                          Supervising Assist. Fed.
16                                          Defender
                                          For ROBERT BOHANNA

17

18 DATED:  January 10, 2007          /s/ Christopher Haydn-Myer
                                          CHRISTOPHER HAYDN-MYER
19                                          Attorney for
                                         NORMAN GRESHAM, III

20
**SO ORDERED.**
21

22 Dated:   1/12/07

23

24 /s/ Gregory G. Hollows
    _____
25 HON. GREGORY G. HOLLOWS
    U.S. Magistrate Judge
26

27 bohanna.ord

28