DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
RACHELLE BARBOUR, BAR # 185395
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. 06-0340-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER TO |
| | ) | EXTEND TIME FOR PRELIMINARY |
| ROBERT ALLEN BOHANNA and | ) | EXAMINATION AND EXCLUDE TIME |
| NORMAN GRESHAM III, | ) | |
| | ) | DATE: May 11, 2007 |
| Defendant. | ) | Time: 2:00 p.m. |
| _____ | ) | Judge: Gregory G. Hollows |

Defendant ROBERT BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant NORMAN GRESHAM III, by and through his counsel CHRISTOPHER HAYDN-MYER, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the preliminary hearing for Robert Bohanna and Norman Gresham III, set for April 13, 2007 be rescheduled for May 11, 2007 at 2:00 p.m.

This continuance is being requested because both defense counsel require additional time to review discovery, discuss the case with the government, and pursue investigation.

1

1  Further, the Defendants consent to an extension of the time
2 for preliminary examination until May 11, 2007.  Fed. R. Crim. P.
3 5.1(d).  The parties submit that the ends of justice are served
4 by the Court excluding such time, so that they may have
5 reasonable time necessary for effective preparation, taking into
6 account the exercise of due diligence.  18 U.S.C.
7 § 3161(h)(8)(B)(iv).  In particular, the time is required so that
8 the parties can discuss a proposed disposition and conduct
9 investigation.  The parties stipulate that this interest of
10 justice outweighs the interest of the public and the defendants
11 in a speedy filing of an indictment or information, 18 U.S.C. §§
12 3161(b), (h)(8)(A), and further that this good cause outweighs
13 the public's interest in the prompt disposition of criminal
14 cases.  Fed. R. Crim. P. 5.1(d).
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1    The parties further request that this matter be taken off
2 calendar until May 11, 2007 or such time as either party may
3 request a hearing for a purpose other than preliminary
4 examination.

5
DATE: April 12, 2007                    Respectfully Submitted,
6
                                        McGREGOR W. SCOTT
7                                       United States Attorney
8
                                         /s/   Dennis S. Waks for
9                                       WILLIAM S. WONG
                                        Assistant U.S. Attorney
10

11

12 DATED: April 12, 2007                 /s/ Rachelle Barbour
                                        Rachelle Barbour
13                                      Assistant Federal Defender

14
DATED: April 12, 2007                   /s/ Dennis S. Waks
15                                      Supervising Assist. Fed.
                                        Defender
16                                      For ROBERT BOHANNA

17
DATED:  April 12, 2007                  /s/ Christopher Haydn-Myer
18                                      CHRISTOPHER HAYDN-MYER
                                        Attorney for
19                                      NORMAN GRESHAM, III

20 **SO ORDERED.**

21 DATED: April 12, 2007.

22

23                                      _____
                                        DALE A. DROZD
24                                      UNITED STATES MAGISTRATE JUDGE

25

26

27  Ddad1/orders.criminal/bohanna0340.stipord

28

3